# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02995

CANTALOUPE ANTELOPE, LLC,
a Colorado Limited Liability Company,

Plaintiff,

v.

GKCS, INC., a Delaware Corporation,
d/b/a YOUTHFORIA

Defendant.
_____/

## COMPLAINT

Plaintiff, CANTALOUPE ANTELOPE, LLC, a Colorado Limited Liability Company, sues GKCS, INC., a Delaware Corporation, d/b/a YOUTHFORIA and alleges as follows:

## THE PARTIES

1. Plaintiff, CANTALOUPE ANTELOPE, LLC, is a sole member Colorado Limited Liability Company with its principal place of business of 3460 Sun River Place, Colorado Springs, Colorado.

2. The sole member of CANTALOUPE ANTELOPE, LLC is Benjamin Tillinghast, a citizen of Colorado.

3. Defendant, GKCS, INC., is a Delaware Corporation, with its principal

place of business at 66 West Flagler St, Suite 900-#8273, Miami, Florida. GKCS does business as Youthforia.

## JURISDICTION AND VENUE

4. Jurisdiction of the federal district court is proper pursuant to 28 U.S.C. §1332(a)(1) as the plaintiff and the defendant are citizens of different states.

5. Plaintiff's claims exceed the sum of $75,000.00, exclusive of interest and costs, therefore jurisdiction of the federal district court is proper pursuant to 28 U.S.C. §1332(a).

6. This court has personal jurisdiction over the defendant because defendant committed tortious acts directed to the State of Colorado and plaintiff's claims arise from these activities. Defendant committed the tortious acts causing injury to plaintiff in Colorado and defendant knew and intended such injuries to occur in Colorado.

7. Venue is proper in this federal district court pursuant to 28 U.S. Code §1391(b)(2) because a substantial part of the events occurred and were directed at the plaintiff who has a principal place of business and is a citizen in Colorado.

## FACTS

8. Cantaloupe Antelope, LLC ("Cantaloupe Antelope") is a business that buys name-brand products and sells the products to consumers at Amazon.com ("Amazon").

9. GKCS, Inc. does business as Youthforia (GKS, Inc. is hereafter referred to as "Youthforia"). According to their website, Youthforia makes "clean and sustainable makeup…with skin-friendly ingredients".

10. Cantaloupe Antelope was assigned a merchant token (which is a merchant identification number) and was authorized to sell products on Amazon provided it complied with the policies and brand standards of Amazon. At all times material, Cantaloupe Antelope operated a storefront at Amazon under its own name.

11. Among the policies and brand standards of Amazon is that a seller may only sell authentic non-counterfeit goods. Violating this policy can result in suspension of the seller from Amazon.

12. To comply with Amazon's policies and brand standards, Cantaloupe Antelope ensures product authenticity through rigorous inspections, including validation of serial numbers, packaging, and supplier credentials.

13. As of January of 2025, Cantaloupe Antelope had achieved a favorable Account Health Rating from Amazon. A Account Health Rating is a measurement used by Amazon to rate the relationship between a seller and Amazon. With a higher Account Health Rating a seller can achieve a more advantageous position on Amazon.

14. In January of 2025, Cantaloupe Antelope made a series of purchases of Youthforia branded products through a wholesaler it had purchased products from

3

in the past.

15. The Youthforia products purchased by Cantaloupe Antelope were authentic non-counterfeit Youthforia products.

16. Thereafter, Cantaloupe Antelope listed the Youthforia products for sale on its Amazon storefront beginning in January of 2025.

17. All the Youthforia products listed by Cantaloupe Antelope on Amazon used the existing ASIN for the product listings. The ASIN is a unique identifier assigned by Amazon to each distinct product listing on Amazon. Per Amazon's policies, each unique product offering is assigned only one ASIN to maintain consistency and prevent duplication.

18. The price of the Youthforia products listed by Cantaloupe Antelope on Amazon were more competitively priced than the same products listed by Youthforia on Amazon.

19. A Buy Box is a specified block on an Amazon listing page that allows customers to add an item to their cart or immediately proceed to checkout. The Buy Box is awarded at Amazon's sole discretion to one eligible seller at a time, based on factors including price, availability, fulfillment speed, customer service metrics, and overall seller performance.

20. Because Cantaloupe Antelope enjoyed a favorable Account Health Rating from Amazon and its products were competitively priced compared to the

4

same products sold by Youthforia, the Youthforia products sold by Cantaloupe Antelope populated the Buy Box when a customer looked at the product detail page.

21. At all times material, Youthforia knew the Youthforia products offered by Cantaloupe Antelope on Amazon were competitively priced compared to the same products offered by Youthforia.

22. At all times material, Youthforia knew the Youthforia products offered by Cantaloupe Antelope on Amazon populated the Buy Box when customers searched for these products on Amazon.

23. At all times material, Youthforia knew Cantaloupe Antelope had a completive advantage over Youthforia for their products sold on Amazon.

24. On or about April 14, 2025, Youthforia, by or at the direction of its CEO, Fiona Chan made a complaint to Amazon that Cantaloupe Antelope was selling counterfeit Youthforia products.

25. The basis of complaint was false and Youthforia knew the basis of the complaint was false.

26. The complaint was made for the purpose of causing Amazon to deactivate Cantaloupe Antelope from Amazon so Youthforia would not have to compete with Cantaloupe Antelope on Amazon.

27. Youthforia knew the complaint by Youthforia would result in Amazon deactivating Cantaloupe Antelope from Amazon.

28. Youthforia knew the complaint by Youthforia would result in Amazon deactivating Cantaloupe Antelope's listings for Youthforia branded products.

29. After the complaint was made, Cantaloupe Antelope was contacted by Amazon and notified that because of the complaint, its Account Health Rating was demoted to zero; the complaint was a "critical" violation; and they would be deactivated from Amazon within 72-hours based on the complaint unless Youthforia withdrew the complaint.

30. Cantaloupe Antelope contacted Fiona Chan, CEO of Youthforia, on April 14, 2025, to determine the factual basis of the complaint and resolve it so they would not be deactivated from Amazon.

31. Fiona Chan responded that she would contact Cantaloupe Antelope regarding the basis of the complaint.

32. Despite numerous follow-ups by Cantaloupe Antelope and its attorneys, Ms. Chan and Youthforia have never contacted Cantaloupe Antelope nor provided any factual basis for the complaint.

33. Because of the false complaint made by Youthforia and its failure to retract the false complaint, Amazon deactivated the Amazon seller account of Cantaloupe Antelope on April 30, 2025.

34. Amazon will not allow Cantaloupe Antelope to reactivate its seller account until Youthforia retracts the false complaint.

35. Because of the false complaint made by Youthforia, Cantaloupe Antelope has lost significant profits because it can no longer operate its storefront on Amazon. Cantaloupe Antelope has sustained damages more than $75,000, exclusive of interest and costs, because of the actions of Youthforia.

## FIRST CLAIM FOR RELIEF:
## DEFAMATION PER SE

36. Cantaloupe Antelope realleges paragraphs 1-35.

37. Youthforia, through its employees or agents, made an oral or written false statements of martial fact that was defamatory, specifically that Cantaloupe Antelope was selling counterfeit Youthforia products on Amazon.

38. The defamatory statements were published to a third-party.

39. Youthforia published the defamatory statement and was at fault amounting to at least negligence.

40. The statements about Cantaloupe Antelope accused it of engaging in fraudulent and criminal activity by allegedly selling counterfeit goods and has damaged its professional business reputation.

41. These statements therefore qualify as defamation per se.

42. Cantaloupe Antelope suffered damages, including to its reputation and business, as result of the publication of the defamatory statement.

WHEREFORE, Cantaloupe Antelope demands judgment against Youthforia for damages incurred including:

7

a. Profits lost from April 30, 2025, to the present and continuing as a result of the deactivation of the Cantaloupe Antelope on Amazon;

b. Reputational damages;

c. Costs of this lawsuit;

d. Interest; and

e. Whatever other relief this court deems just and proper.

## SECOND CLAIM FOR RELIEF: DEFAMATION PRO QUOD

43. Cantaloupe Antelope realleges paragraphs 1-35.

44. Youthforia, through its employees or agents, made an oral or written false statements of martial fact that was defamatory, specifically that Cantaloupe Antelope was selling counterfeit Youthforia products on Amazon.

45. The defamatory statements were published to a third-party.

46. Youthforia published the defamatory statement and was at fault amounting to at least negligence.

47. The statements about Cantaloupe Antelope accused it of engaging in fraudulent and criminal activity by allegedly selling counterfeit goods and has damaged its professional business reputation.

48. These statements therefore qualify as defamation pro quod.

49. Cantaloupe Antelope suffered damages, including to its reputation and business, as result of the publication of the defamatory statement.

WHEREFORE, Cantaloupe Antelope demands judgment against Youthforia for damages incurred including:

a. Profits lost from April 30, 2025, to the present and continuing as a result of the deactivation of the Cantaloupe Antelope on Amazon;

b. Reputational damages;

c. Costs of this lawsuit;

d. Interest; and

e. Whatever other relief this court deems just and proper.

## THIRD CLAIM FOR RELIEF: TORTIOUS INTERFERENCE

50. Cantaloupe Antelope realleges paragraphs 1-35.

51. At all times material, Cantaloupe Antelope had a continuing business relationship with Amazon.

52. Youthforia knew of the continuing business relationship between Cantaloupe Antelope and Amazon.

53. Youthforia intentionally and improperly interfered with the business relationship by filing a false complaint with Amazon concerning counterfeit products allegedly sold by Cantaloupe Antelope.

54. As a result of Youthforia's wrongful interference with the business relationship, Amazon has discontinued its business relationship with Cantaloupe Antelope.

55. Cantaloupe Antelope suffered damages as result of the tortious interference by Youthforia.

WHEREFORE, Cantaloupe Antelope demands judgment against Youthforia for damages incurred including:

a. Profits lost from April 30, 2025, to the present and continuing as a result of the deactivation of the Cantaloupe Antelope on Amazon;

b. Reputational damages;

c. Costs of this lawsuit;

d. Interest; and

e. Whatever other relief this court deems just and proper.

## DEMAND FOR JURY TRIAL

Cantaloupe Antelope demands a jury trial on all claims so triable.

DATED: September 23, 2025.

Respectfully submitted,

*/s/ Martin J. Champagne, Jr.*
Martin J. Champagne, Jr., #46554
CHAMPAGNE LAW FIRM, LLC
1650 N. Washington St.
Denver, CO 80202
(303) 625-4038 (phone)
mjc@champagne-law.com
Attorneys for Plaintiff