# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02995-GPG-MDB

CANTALOUPE ANTELOPE, LLC,
a Colorado Limited Liability Company,

       Plaintiff,

v.

GKCS, INC., a Delaware Corporation,
d/b/a YOUTHFORIA,

       Defendant.

---

## JOINT MOTION FOR ENTRY OF STIPULATION AND ORDER

Plaintiff Cantaloupe Antelope, LLC and Defendant GKCS, Inc., d/b/a Youthforia (together, the "Parties"), by and through their respective counsel, jointly and respectfully move the Court to enter the accompanying Stipulation and Order. In support, the Parties state as follows:

1. The Parties have reached a resolution of this matter and have entered into a confidential Settlement Agreement resolving all claims asserted in the Complaint.

2. As part of that resolution, the Parties have jointly executed the accompanying Stipulation and Order, which provides, among other things, for the dismissal of this action with prejudice, with each party to bear its own attorney fees and costs except as the Parties have otherwise agreed.

3. Entry of the Stipulation and Order is consistent with the Parties' agreement, resolves this action in full, and serves the interest of judicial economy.

4. Because this Motion is submitted jointly by all Parties, it is unopposed.

5. A copy of the executed Stipulation and Order is submitted herewith for the Court's consideration and entry.

**WHEREFORE**, the Parties respectfully request that the Court enter the accompanying Stipulation and Order.

Respectfully submitted this 23rd day of July, 2026.

/s/ *Mark L. Williams*
Mark Lander Williams, #61735
WILLIAMS & SERIO
1401 Lawrence St., Suite 1600
Denver, CO 80202
Phone: 303.505.8000
mlw@williamsserio.com
Attorney for Defendant, GKCS, Inc.

/s/ *Martin J. Champagne, Jr.*
Martin J. Champagne, Jr., #46554
CHAMPAGNE LAW FIRM, LLC
1668 N. Lafayette St.
Denver, CO 80218
(303) 625-4038
mjc@champagne-law.com
Attorney for Plaintiff, Cantaloupe Antelope, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Mark L. Williams
Mark Lander Williams