IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02995-GPG-MDB

CANTALOUPE ANTELOPE, LLC,
a Colorado Limited Liability Company,

      Plaintiff,

v.

GKCS, INC., a Delaware Corporation,
d/b/a YOUTHFORIA,

      Defendant.

---

**STIPULATION AND ORDER**

---

This matter comes before the court upon agreement of the parties, and therefore, the court enters the following Stipulated Order:

**Whereas** the parties have agreed to resolve the issues raised by the plaintiff's Complaint and have entered into a Settlement Agreement, and the parties agree and acknowledge that the defendant bears no liability, fault, or wrongdoing with respect to any of the claims or allegations asserted in the Complaint.

**Whereas** the plaintiff acknowledges that the defendant's complaint to Amazon was made in good faith and contained no false statements.

**Whereas** the plaintiff acknowledges that the defendant did not engage in the conduct alleged in the Complaint, which the plaintiff learned through the discovery conducted in this case.

**Whereas** the plaintiff has agreed to dismiss the Complaint and to pay a portion of the defendant's attorney fees and costs incurred in defending this litigation.

**Whereas** the defendant denies each and every claim and allegation asserted against it in the Complaint, denies that it engaged in any of the conduct alleged, and denies that it made any false, inaccurate, misleading, or defamatory statement of fact concerning the plaintiff or the plaintiff's products.

**Whereas** the parties agree that having this Stipulation embodied as an Order is the proper and just outcome.

**NOW, THEREFORE, AS REQUESTED BY THE PARTIES AND IN THE INTEREST OF JUDICIAL ECONOMY, IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The parties, through their counsel, have agreed to the entry of this Stipulation and Order.

2.    Nothing in this Stipulation and Order constitutes or shall be construed as an admission by the defendant of any liability, fault, or wrongdoing, or of the truth of any allegation in the Complaint, all of which the defendant expressly denies, and which the plaintiff acknowledges to be untrue, as outlined above.

3.    The above-captioned action, and all claims asserted therein, are hereby DISMISSED WITH PREJUDICE, with each party to bear its own attorney fees and costs except as the parties have otherwise agreed.

IT IS SO ORDERED by this Court, this __24th__ day of __July_____, 2026

_____
Hon. Gordon P. Gallagher
United States District Judge

STIPULATED AND AGREED TO:

| /s/Martin J. Champagne, Jr. | /s/ Mark L. Williams |
|---|---|
| Martin J. Champagne, Jr., #46554 | Mark Lander Williams, #61735 |
| CHAMPAGNE LAW FIRM, LLC | WILLIAMS & SERIO |
| 1668 N. Lafayette St. | 1401 Lawrence St., Suite 1600 |
| Denver, CO 80218 | Denver, CO 80202 |
| (303) 625-4038 (phone) | Phone: 303.505.8000 |
| mjc@champagne-law.com | mlw@williamsserio.com |
| | |
| Attorney for Plaintiff, Cantaloupe Antelope, LLC | Attorney for Defendant, GKCS, Inc. |